MARION MAI v. ARTHUR MAI.

November 10, 1982.

Petition for certification denied.

JOSEPH H. REINFELD, INC.

v.

SCHIEFFELIN & CO. AND FEDWAY ASSOCIATES, INC.

November 10, 1982.

Petitions for certification granted.

THOMAS CHESTER GREEN v. NEW JERSEY STATE
PAROLE BOARD.

November 10, 1982.

Petition for certification denied.

CENTRAL NEW JERSEY JEWISH HOME FOR THE AGED v.
ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP
OF FRANKLIN.

November 10, 1982.

Petition for certification denied.